UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RIYNELL JACKSON                           CIVIL ACTION

VERSUS                                    NO: 09-5920

ROBERT TANNER, WARDEN                     SECTION: "N"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the objections to the Report and Recommendation of the United States Magistrate Judge filed by the petitioner, Riynell Jackson on August 12, 2010 (Rec. Doc. No. 17), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Riynell Jackson for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE